UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Third Toro Family Limited Partnership

LIST OF CREDITORS

| Name and Address of Creditor | Amount of Claim |
|---|---|
| Internal Revenue Service<br>110 West 44th Street<br>4th Group 26<br>New York, NY 10036 | $3,400,000.00 |
| Griffin Cosmo, LLC<br>149 Madison Avenue, Suit 706<br>New York, NY 10016 | $5,000,000.00 |
| Benedict A. Silverman<br>51 Sherman Hill Road,<br>Building A, Suite A-104C<br>Woodbury, CT 06798 | $1,000,000.00 |
| Mary Dukoff<br>224 Everit Ave.<br>Hewlitt Harbor, NY 11557 | $32,000.00 |
| NYS Debartment of Tax & Finance<br>80-02 Kew Gardens Road<br>Kew Gardens, NY 11415 | $500,000.00 |
| NYC Water Board<br>P.O. Box 410<br>Church Street Station<br>New York, NY 10008 | $70,000.00 |
| NYC Department of Finance<br>P.O. Box 92<br>New York, NY 10008 | $124,000.00 |
| Wilenta Feed & Carting<br>46 Henry Street<br>Secaucus, NJ 07094 | $300,000.00 |

**LIST OF ALL CREDITORS**

Dr. Amy Dukoff Toro $20,000.00
155 W. 70th Street-Apartment 7B
New York, NY 10023