# CORPORATE OWNERSHIP STATEMENT

Third Toro Family Limited Partnership (the "Partnership") hereby states the following corporations directly or indirectly own 10% or more of the Partnership's equity interests: None.

The Partnership does not own (directly or indirectly) 10% or more of any class of a corporation's publicly traded equity interests. The Partnership does not own an interest in any general or limited partnership or joint venture.

I the undersigned, president of the corporation that is general partner for the Partnership named as the debtor in this case, declare under penalty of perjury, that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.


_/s/ Helmer Toro_____
Helmer Toro, President