| Third Toro - Trustee's Proposed Monthly Operating Expenses - 639 W. 46th Street, New York, NY 10036 | | |
|---|---|---|
| **Receivables** | **Monthly Rent** | **Rent Actually Received Since Conversion** |
| Sign Up USA | $15,127.45 | $30,254.90 |
| ZA&S* | $8,653.84 | $10,000.00 |
| MMM** | $15,590.76 | $46,772.28 |
| Sixth Toro | $34,666.66 | $0.00 |
| **Total Expected Monthly Income** | **$74,038.71** | **$87,027.18** |
| **Total Actual Monthly Income** | | |
| | | |
| **Expenses** | | |
| Insurance**** | $3,107 | |
| Managing Agent Fee | $1,000 | (or 2.5% of monthly receipts) |
| Pre-Conversion Managing Agent Fees | $1,000 | |
| Receiver's Bond | $989 | (renewal fee had to be paid before Receiver was discharged - will be reimbursed pro-rata to the estate) |
| Property Condition Report | $2,250 | |
| Phase 1 Environmental Report | $1,850 | |
| Keen Marketing Fees | $18,000 - $25,000 | Total Estimate (not based on monthly fees) |
| Pre-Conversion Receiver's Fees | $10,812.95 | |
| Pre-Conversion Receiver's Attorney Fees | $20,622.73 | |
| Repair/Maintenance | | |
| | | |
| **Total Monthly Expenses** | **$41,631.68** | |
| **Net Operating Budget** | **$32,407.03** | (assumes all tenants pay in full) |

*Rent payable in weekly installments of $2,163.46 due on Sundays
** Rent payable in weekly installments of $3,897.69 due on Sundays
***
**** Insurance up to the amount of the Griffon Cosmo lien is paid through November 2011.
The Trustee requested an increased estimate to include the amount of the stalking horse bid of $10 million, but the insurance company
would only increase the coverage to $6.5 million. The cost of the increased insurance coverage is $3,107. This will need to be reevaluated in November 2011.